Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Defendant appeals his conviction, by a jury, of delivery of a controlled substance. § 195.211, RSMo Supp.1993. He was sentenced as a persistent offender to fourteen years imprisonment. He also appeals the denial, after an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. We affirm. We have reviewed the record and find the claims of error are without merit; the judgment of the motion court is based on findings of fact that are not clearly erroneous; no error of law appears. An extended opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rules 30.25(b) and 84.-16(b).

Tamara Detloff, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Defendant, Michael Inman, appeals from the judgment of conviction, after a jury trial, of assault in the second degree, § 565.060, RSMo (Cum.Supp.1992), for which he was sentenced as a class X offender to 12 years imprisonment. He also appeals from the denial of his Rule 29.15 motion after an evidentiary hearing.

We have reviewed defendant's direct appeal. No jurisprudential purpose would be served by a written opinion. The judgment of conviction is affirmed. Rule 30.25(b).

Defendant has failed to brief any claims of error relative to his motion for postconviction relief. The appeal from the denial of defendant's Rule 29.15 motion is dismissed.

**STATE of Missouri, Respondent,**

v.

**Michael INMAN, Appellant.**

**Michael INMAN, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. 61498, 64106.

Missouri Court of Appeals,
Eastern District,
Division One.

March 8, 1994.

**Donna GOTSCH, Plaintiff–Respondent,**

v.

**Craig GOTSCH, Respondent–Appellant.**

No. 63875.

Missouri Court of Appeals,
Eastern District,
Division One.

March 8, 1994.